# UNITED STATES DISTRICT COURT

[District of Arizona ]

**Earl Langston,**
Plaintiff,

v.

**Strike Acceptance Inc.,**
Defendant.

Case No. CV-25-00536-TUC-MAA



## MOTION FOR WAIVER OF FILING FEES

Plaintiff, Earl Langston, respectfully moves this Court to waive the filing fee in the above-captioned matter. In support of this motion, Plaintiff states as follows:

## I. INTRODUCTION

The right to access the courts for the redress of grievances is a fundamental constitutional guarantee. Conditioning that right upon the payment of a filing fee unlawfully burdens protected rights, functions as an unconstitutional tax, and denies equal access to justice.

## II. LEGAL ARGUMENT

### A. Fundamental Right to Practice and Petition

In *Dent v. West Virginia*, 129 U.S. 114 (1889), the Supreme Court recognized that the right to pursue a lawful calling is a protected liberty interest under the Due Process Clause. By extension, the right to bring claims in federal court is a protected exercise of the First Amendment right to petition the government. Fees that bar indigent plaintiffs from exercising this right impermissibly restrict constitutionally protected liberty.

### B. Filing Fees as an Unconstitutional Tax

In *Crandall v. Nevada*, 73 U.S. 35 (1867), the Court struck down a state tax on travelers moving between states, holding that government cannot impose financial burdens upon the exercise of federal rights. Federal filing fees operate in the same manner: they are not mere administrative charges but compulsory payments that act as a tax on the right to access the federal judiciary.

### C. Congressional Framework for Money and Obligations

Under 12 U.S.C. § 412, Federal Reserve banks are authorized to issue currency against U.S. obligations. This statute ensures lawful circulation of currency under congressional authority. By imposing a filing fee, the judiciary effectively conditions access to constitutional rights upon the payment of money, despite Congress having established a system where access to lawful remedies is not to be conditioned on private taxation or financial obstruction.

### D. Equal Protection and Due Process Concerns

The fee requirement operates disproportionately against those who lack means, creating a wealth-based barrier to federal rights. This violates both equal protection principles and due process guarantees by excluding indigent litigants from exercising rights that wealthier litigants may freely exercise.

## III. CONCLUSION

For these reasons, Plaintiff respectfully requests that this Court enter an order waiving the filing fee in this matter, finding that the fee constitutes an unjust and unconstitutional tax upon the exercise of fundamental rights.

Respectfully submitted, *Earl J Langston*

Dated: [9/26/25]

---

**Earl Langston**
3030 N Estrella Ave #4
Tucson, Arizona 85705
Phone: 408-841-6196
Email: iamelangston@yahoo.com
Plaintiff, Pro Se