# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Earl J. Langston, | CV-25-0536-TUC-MAA |
| Plaintiff, | **ORDER** |
| v. | |
| Strike Acceptance Incorporated, | |
| Defendant. | |

Plaintiff Earl J. Langston, having failed to file a written consent/election form pursuant to LRCiv 3.7(b), and not appearing at the Show Cause Hearing scheduled this date, Tuesday, January 13, 2026,

**IT IS HEREBY ORDERED** that CV 25-00536-TUC-MAA shall be randomly reassigned by the Clerk of the Court to a United States District Judge and referred to Magistrate Judge Michael A. Ambri.

Thereafter, this case has been reassigned to District Judge John C. Hinderaker and all future proceedings shall bear the designation **CV 25-00536-TUC-JCH-MAA.**

Dated this 13th day of January 2026.

Honorable Raner C. Collins
Senior United States District Judge