Case 4:25-cv-00536-JCH-MAA   Document 11   Filed 01/14/26   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Earl J. Langston,<br><br>       Plaintiff,<br>v.<br><br>Strike Acceptance Incorporated, a California corporation,<br><br>       Defendant. | CV 25-00536-TUC-JCH (MAA)<br><br>**ORDER** |

    Pending before the court is the plaintiff's Motion for Waiver of Filing Fees, filed on September 26, 2025.  Doc. 2.

    In his Complaint, the plaintiff alleges that he bought a motor vehicle, which was financed by the defendant, Strike Acceptance, Inc.  Doc. 1, p. 2.  He asserts that the vehicle "experienced significant mechanical failures and defects" shortly after purchase.  *Id*.  He claims the defendant violated the Fair Credit Reporting Act (FCRA), the Fair Debt Collection Practices Act (FDCPA), the Truth in Lending Act (TILA) and the Consumer Financial Protection Act (CFPA).  Doc. 1, p. 3.  He further claims that the loan contract was unconscionable and the defendant breached the implied warranty of merchantability and the duty of good faith.  Doc. 1, p. 4.

    In the pending motion, the plaintiff argues that he should be permitted to proceed without payment of the court's filing fee because "[t]he right to access the courts for the redress of grievances is a fundamental constitutional guarantee" and "[c]onditioning that right upon the payment of a filing fee unlawfully burdens protected rights, functions as an unconstitutional tax,

and denies equal access to justice." Doc. 2.  The plaintiff does not assert that he is *unable* to pay the court's filing fee.  *Id*.  He did not file a motion to appear *in forma pauperis*.

"To the extent [the plaintiff] argues that being required to pay the filing fee violates his constitutional rights, his argument is foreclosed."  *Ortiz v. Fontes*, 2025 WL 2653094, at *1–2 (D. Ariz. Sept. 16, 2025).  "Filing fees are prescribed by Congress . . . and have been challenged on constitutional grounds before, without success."  *Id*. (punctuation modified).  "The right of access to federal courts is not a free-floating right, and Congress is no more compelled to guarantee free access to federal courts than it is to provide unlimited access to them."  *Id*. (punctuation modified).  "The correct principle is that reasonable costs may be imposed on persons who want to sue."  *Id*.

"[A]bsent a fundamental interest" such as the right to divorce or a "classification attracting heightened scrutiny," a filing fee is justified by the "need for revenue to offset the expenses of [the] court system."  *M.L.B. v. S.L.J.*, 519 U.S. 102, 114–16, 117 S. Ct. 555, 563–64 (1996).

IT IS ORDERED that the plaintiff's Motion for Waiver of Filing Fees, filed on September 26, 2025, is Denied.  Doc. 2.

The plaintiff must either pay the Civil Action filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), which is available on the court's website, by January 30, 2026 or this action may be dismissed without further notice.

DATED this 14th day of January, 2026.

Honorable Michael A. Ambri
United States Magistrate Judge