IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Earl J. Langston,<br><br>      Plaintiff,<br>v.<br><br>Strike Acceptance Incorporated, a California corporation,<br><br>      Defendant. | CV 25-00536-TUC-JCH (MAA)<br><br>**ORDER** |

Pending before the Court is the plaintiff's Application for Leave to Proceed In Forma Pauperis filed on January 30, 2026. Doc. 12. For good cause shown,

IT IS ORDERED that the application is GRANTED. Doc. 12

DATED this 30th day of January, 2026.

Honorable Michael A. Ambri
United States Magistrate Judge