**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Earl J. Langston, | No. CV-25-00536-TUC-JCH (MAA) |
| Plaintiff, | **ORDER** |
| v. | |
| Strike Acceptance Incorporated; et al., | |
| Defendants. | |

Pending before the court is the plaintiff's motion to allow electronic filing by a party appearing without an attorney.  Doc. 3.

As outlined in the District of Arizona's Case Management/Electronic Case Filing Administrative Policies and Procedures Manual, electronic filing requires parties to have access to the required equipment and software, have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case-related transmissions, and be able to electronically transmit documents to the Court in a PDF text searchable format. Electronic filing also requires, among other things, that parties code their filing so that they are properly docketed electronically. When electronically filed documents are not properly docketed, they are not easily retrievable by the Court or the public.

While Plaintiff indicates that the required electronic resources are available to him, it is not apparent from the filings in this action that he possesses the legal training necessary to properly file and docket matters in this case. For example, the court sent the plaintiff multiple copies of the Magistrate Election Form, but the plaintiff never complied with the

court's instructions to complete and return the form.  It appears that the plaintiff is having difficulties complying with the court's instructions. Therefore, his Motion will be denied.

Dated this 12th day of March, 2026.

Honorable Michael A. Ambri
United States Magistrate Judge