## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Earl J. Langston,                                )
                                                 )        CV 25-00536-TUC-JCH (MAA)
              Plaintiff,                          )
v.                                               )
                                                 )
Strike Acceptance Incorporated, a California)            **ORDER**
corporation; et al.,                             )
                                                 )
              Defendants.                         )
_____)

Pending before the court is the plaintiff's motion for an order directing that service be made by the United States Marshal pursuant to Fed.R.Civ.P. 4(c)(3).  Doc. 16.  Good cause appearing,

**IT IS ORDERED** that the plaintiff's motion is GRANTED.  Doc. 16.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send the plaintiff a service packet including a copy of this order, a copy of the complaint, the summons form, and request for waiver form for all defendants.

**IT IS FURTHER ORDERED** that the plaintiff shall complete and return the service packet to the Clerk of the Court within 21 days of the date of filing of this order.  The United States Marshal will not provide service of process if the plaintiff fails to comply with this order.  Upon receipt of the completed service packet, the Clerk shall issue summonses.

**IT IS FURTHER ORDERED** that the United States Marshal shall retain a copy of the summonses, a copy of the complaint, and a copy of this order for future use.

**IT IS FURTHER ORDERED** that the United States Marshal shall notify the defendants of the commencement of this action and request waiver of service of the summons pursuant to Rule 4(d) of the Federal Rules of Civil Procedure.  The notice to defendants shall include a copy of this order.

**IT IS FURTHER ORDERED** THAT ALL DEFENDANTS ARE HEREBY GIVEN NOTICE THAT PLAINTIFF PROCEEDS IN FORMA PAUPERIS AND, THEREFORE, WAIVERS OF SERVICE OF THE SUMMONS ARE RETURNED TO THE U.S. MARSHAL, NOT TO THE PLAINTIFF.  The Marshal shall file waivers of service of the summons or requests for waivers that were returned as undeliverable as soon as they are received.  If a waiver of service of summons is not returned by a defendant within 30 days from the date the request for waiver was sent by the Marshal, the Marshal shall:

 (a)  Personally serve the defendant(s) pursuant to Fed. R. Civ. P. Rule 4(e), if serving an individual, and/or Rule 4(h), if serving a corporate defendant, and/or Fed. R. Civ. P. Rule 4(j), if serving a state, municipal corporation or other local government Agency;

 (b)  Within ten days after personal service is effected, file the return of service for the defendants, along with evidence of the attempt to secure a waiver of service of the summons and of the costs subsequently incurred in effecting service upon the defendants.  Costs of service will be taxed against the personally served defendants pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure, unless otherwise ordered by the Court.

Defendants must answer the Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that at all times during the pendency of this action, the plaintiff shall immediately advise the court of any change of address and its effective date. Such notice shall be captioned "NOTICE OF CHANGE OF ADDRESS."  The notice shall contain

only information pertaining to the change of address and its effective date.  The notice shall not include any motions for any other relief.  Failure to file a NOTICE OF CHANGE OF ADDRESS may result in the dismissal of the action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

DATED this 19th day of March, 2026.


_____
Honorable Michael A. Ambri
United States Magistrate Judge

- 3 -