**U.S. Department of Justice**
**United States Marshals Service**

FILED ☐ LODGED ☐
RECEIVED ☐

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Earl J Langston | 4:25-CV-00536-JCH-MAA |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Strike Acceptance Inc. | Summons Amended Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

➤ C/o Corporation Service Company

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

AT 8825 N 23rd Avenue Suite 100 Phoenix Az 85021

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Earl J Langston<br>3030 N Estrella Ave #4<br>Tucson Az 85705 | Number of process to be served with this Form - 285 — # ③ |
| | Number of parties to be served in this case — 7 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold                                                                                                Fold

Alternate service address

Michael Schulze
Strike Acceptance Inc.
23272 mill creek dr. Suite #350
Laguna Hills. CA 92653

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (520) 333-7671 | DATE 4/3/26 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 08 | District to Serve No. 08 | Signature of Authorized USMS Deputy or Clerk | Date 06/15/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Adeline Carter - Registered Agent | |
| Address *(complete only if different than shown above)*<br>7955 S Priest Dr.<br>Tempe, AZ | Date of Service 06/24/2026  Time 11:48 ☑ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65.00 | $14.50 | | $74.50 | | | |

REMARKS: