**THE CAVANAGH LAW FIRM**
**A Professional Association**

**13250 N. DEL WEBB BLVD, SUITE B**
**SUN CITY, ARIZONA 85351**

**(623) 878-2222**

Minute Entries: edocket@cavanaghlaw.com

David Brnilovich – 006308
dbrnilovich@cavanaghlaw.com
Levi T. Claridge, SBN 032582
lclaridge@cavanaghlaw.com
*Attorneys for Defendant Strike Acceptance, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

## (TUCSON DIVISION)

| | |
|---|---|
| EARL LANGSTON,<br><br>Plaintiff,<br><br>v.<br><br>STRIKE ACCEPTANCE, INC.; EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; AFFORDABLE AUTOS OF TUCSON; SPLIT ROCK HOLDINGS, LLC; ALPHA RECOVERY,<br><br>Defendants. | NO. CV 25-00536-TUC-JCH (MAA)<br><br>**ANSWER TO FIRST AMENDED COMPLAINT**<br><br>(Assigned to the Honorable John C. Hinderaker) |

Defendant STRIKE ACCEPTANCE, INC. (hereinafter referred to as "SAI") by and through counsel undersigned, hereby admits, denies and alleges as follows:

## I.    PARTIES

1.    SAI admits that Plaintiff is a natural person residing in Tucson, Arizona. The allegations regarding 15 U.S.C. §1681a(c) are admitted.  The remaining allegations of paragraph 1 are denied.

2.    It is denied that SAI is in the business of furnishing information regarding consumer retail installment contracts.  The remaining allegations of paragraph 2 are admitted.

**THE CAVANAGH LAW FIRM**
A Professional Association
13250 N. DEL WBB BLVD., SUITE B
SUN CITY, ARIZONA 85351
(623) 878-2222

3. The allegations of paragraph 3 are not directed against SAI and SAI cannot respond to such allegations.

4. The allegations of paragraph 4 are not directed against SAI and SAI cannot respond to such allegations.

5. The allegations of paragraph 5 are not directed against SAI and SAI cannot respond to such allegations.

6. Admit.

7. Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations set forth in paragraph 7 and, therefore, deny same.

8. Deny.

## II. JURISDICTION AND VENUE

9. Deny. The Contract out of which this matter arises has a mandatory arbitration clause.

10. Deny. All allegations herein are subject to mandatory arbitration.

11. Deny venue. This matter is subject to mandatory arbitration.

## III. STATEMENT OF FACTS

12. Admit.

13. Admit.

14. It is admitted that A.R.S. §44 Chapter 2.1 Article 1 provides that a person engaging in the business of a sales finance company is to obtain a sales finance company license. The remaining allegations of paragraph 14 are denied.

15. SAI obtained its Arizona Consumer Lender License on May 12, 2020. It obtained its Arizona Sales Finance License on April 13, 2022. The date of Plaintiff's contract is October 27, 2021. SAI obtained Plaintiff's Retail Installment Contract ("Contract") on November 1, 2021. The remaining allegations of paragraph 15 are denied.

16. Deny.

17. It is admitted that Plaintiff tendered payments to SAI pursuant to the terms of the Contract and that SAI accepted the tender. It is affirmatively alleged that upon Plaintiff's failure to abide by the terms of the Contract, SAI demanded Plaintiff's compliance.

18. Admit.

19. It is admitted that Plaintiff disputed the accounts. The remaining allegations are denied.

20. Deny. It is affirmatively alleged that SAI demanded compliance with the Contract.

21. It is affirmatively alleged that Alpha Recovery repossessed the vehicle on September 12, 2022.

22. Deny.

23. Deny.

24. Deny.

## IV. ALTERNATIVE FACTS REGARDING ENFORCEMENT CAPACITY, DURESS, AND UNCONSCIONABILITY

25. Deny.

26. Deny.

27. Deny.

28. Deny.

29. Deny.

## V. CAUSES OF ACTION

### COUNT I
### Fair Credit Reporting Act (15 U.S.C. §1681s-2, §1681b)
### Against Strike Acceptance, Inc.

30. Admit that SAI furnished information regarding Plaintiff's non-compliance with the Contract to the consumer reporting agencies.

31. Deny.

THE CAVANAGH LAW FIRM
A Professional Association
13250 N. DEL WBB BLVD, SUITE B
SUN CITY, ARIZONA 85351
(623) 878-2222

32. Deny.

33. Deny. It is affirmatively alleged that paragraph 33 alleges an impermissible legal conclusion.

34. Deny.

35. Deny.

**THE CAVANAGH LAW FIRM**
A Professional Association
13250 N. DEL WBB BLVD., SUITE B
SUN CITY, ARIZONA 85351
(623) 878-2222

## COUNT II
### Fair Credit Reporting Act (15 U.S.C. §1681e(b), §1681i) Against Experian, Equifax, and Trans Union

36. The allegations of paragraph 36 are not directed toward SAI and, therefore, a response by SAI is not required.

37. The allegations of paragraph 37 are not directed toward SAI and, therefore, a response by SAI is not required.

38. The allegations of paragraph 38 are not directed toward SAI and, therefore, a response by SAI is not required.

39. The allegations of paragraph 39 are not directed toward SAI and, therefore, a response by SAI is not required.

## COUNT III
### Fair Debt Collection Practices Act (15 U.S.C. §1692e, §1692f) Against Strike Acceptance Inc. and Alpha Recovery

35. It is denied that SAI attempted collection without lawful authority. SAI has no knowledge regarding the authority of Alpha Recovery.

36. Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations set forth in this paragraph 36 and, therefore, deny same.

## COUNT IV
### Arizona Consumer Fraud Act (A.R.S. § 44-1522) Against All Defendants

37. SAI denies that it is used unfair or deceptive practices. SAI is without knowledge as to the practices of Alpha Recovery and, therefore, denies same.

4

**THE CAVANAGH LAW FIRM**
A Professional Association
13250 N. DEL WBB BLVD., SUITE B
SUN CITY, ARIZONA 85351
(623) 878-2222

**COUNT V**

**Fraud (Arizona Common Law) Against Strike Acceptance Inc., Affordable Autos of Tucson, and Split Rock Holdings, LLC**

38. SAI denies the allegations of paragraph 38. SAI has no knowledge regarding the allegations against the co-defendants and, therefore, denies same.

39. Deny.

40. Deny.

41. SAI has no knowledge of the facts regarding the allegations set forth in paragraph 41 and, therefore, denies same.

42. Deny.

**COUNT VI**

**Wrongful Repossession and Breach of Peace Against Strike Acceptance Inc., and Alpha Recovery**

43. Deny.

44. Deny.

45. Deny.

**COUNT VII**

**Unjust Enrichment Against All Defendants**

46. Deny.

47. Deny.

**VI. DAMAGES**

48. Deny.

49. Deny.

**VII. JURY DEMAND**

50. Deny. It is affirmatively alleged that Plaintiff entered into a Contract with an arbitration clause. It is affirmatively alleged that immediately above Plaintiff's signature the Contract provides: "You acknowledge that you have read all pages of this Contract, including the arbitration provision on page 5, before signing below." Plaintiff

5

has specifically waived the right to a jury trial and it is affirmatively alleged that Plaintiff agreed that this Court does not have jurisdiction and this action should be dismissed.

**AFFIRMATIVE DEFENSES**

A.    SAI denies each allegation not specifically admitted herein.

B.    SAI alleges that Plaintiff's Complaint fails to state a claim upon which relief can be granted and, therefore, must be dismissed.

C.    It is affirmatively alleged that this Court does not have jurisdiction and that this matter should be dismissed.

D.    SAI alleges, upon information and belief, that Plaintiff has failed to join necessary and indispensable parties pursuant to Rule 19, Ariz. R. Civ. P., subjecting Plaintiff's Complaint to dismissal.

E.    Plaintiff's claims are barred by the one-year statute of limitations for actions/remedies created by statute, one year under Arizona Consumer Fraud A.R.S. § 44-1521, one-year limitations under Truth in Lending U.S.C. § 1640, two years limitations under Credit Report 15 U.S.C. §1681, two years limitations for negligence or tort damages and three-year limitations for fraud A.R.S. § 12-543.

F.    SAI alleges that all or part of Plaintiff's alleged damages, if any, were the direct and proximate result of Plaintiff's own breaches or anticipatory breaches of contract for which SAI cannot be held responsible, which will operate to eliminate or reduce any alleged fault of SAI.

G.    SAI alleges that all or part of Plaintiff's alleged damages, if any, were the direct and proximate result of Plaintiff's own breaches for which SAI cannot be held responsible, which will operate to eliminate or reduce any alleged fault of SAI.

H.    SAI alleges, upon information and belief, that all or some of Plaintiff's damages, if any, were the direct and proximate result of the actions of non-parties over which SAI has no relevant control and for which Defendant cannot be held responsible which will operate to eliminate or reduce any alleged fault of Defendant.

6

**THE CAVANAGH LAW FIRM**
A Professional Association
13250 N. DEL WBB BLVD, SUITE B
SUN CITY, ARIZONA 85351
(623) 878-2222

I. SAI affirmatively alleges as may be applicable as revealed during the discovery process the following defenses may be applicable: estoppel, waiver or unclean hands.

J. To the extent Plaintiff has failed to mitigate his damages, if any, Plaintiff's claims are barred thereby, in whole or in part.

K. The Complaint is barred to the extent it seeks relief based upon conduct occurring outside of the applicable statute of limitations.

## DEMAND FOR RELIEF

**WHEREFORE**, having fully responded to the allegations of Plaintiff's First Amended Complaint, Defendant SAI demands that the Complaint be dismissed, that Plaintiff take nothing thereby and that Defendant SAI be awarded its costs and reasonable attorneys' fees pursuant to the terms of the Contract and pursuant to A.R.S. § 12-341.01.

DATED this 15th day of July, 2026.

THE CAVANAGH LAW FIRM, P.A.

By: _/s/_Levi T. Claridge _____

David Brnilovich
Levi T. Claridge
*Attorneys for Defendant Strike*
*Acceptance Inc.*

7

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrant electronic copy to the following party:

Earl Langston
3030 N. Estrella Ave #4
Tucson, AZ 85705
iamelangston@yahoo.com
*Plaintiff, Pro Se*

By: */s/ Darlene Dahl*

THE CAVANAGH LAW FIRM
A Professional Association
13250 N. DEL WBB BLVD, SUITE B
SUN CITY, ARIZONA 85351
(623) 878-2222

8