Anthony J. Fernandez (Bar No. 018342)
Davis Bauer (Bar No. 035529)
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
14350 N. 87th St., Suite 265
Scottsdale, Arizona 85260
Telephone: (602) 954-5605
Facsimile: (602) 954-5606
afernandez@qpwblaw.com
davis.bauer@qpwblaw.com
*Attorneys for Defendant, Alpha Towing and Recovery Company*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

**(TUCSON DIVISION)**

| | |
|---|---|
| Earl J. Langston,<br><br>Plaintiff,<br><br>v.<br><br>Strike Acceptance, Inc.; Experian Information Solutions, Inc.; Equifax Information Services LLC; Trans Union LLC; Affordable Autos of Tucson; Split Rock Holdings, LLC and Alpha Recovery,<br><br>Defendants. | Case No.: 4:25-cv-00536-TUC-JCH (MAA)<br><br>**ANSWER OF ALPHA TOWING AND RECOVERY COMPANY TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendant Alpha Towing and Recovery Company, improperly listed as "Alpha Recovery" ("ALPHA"), by and through the undersigned counsel, respond as follows to the First Amended Complaint ("Complaint") of Plaintiff Earl J. Langston.

Except as hereinafter admitted, qualified, or otherwise answered, ALPHA denies each and every allegation contained in Plaintiff's Complaint. ALPHA denies any and all liability to Plaintiff under any other statute, law, common law, or theory in this matter.

**ANSWER TO PARTIES**

1.  ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 1 of the Complaint and therefore denies the same.

2.  ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 2 of the Complaint and therefore denies the same.

3.  ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 3 of the Complaint and therefore denies the same.

4.  ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 4 of the Complaint and therefore denies the same.

5.  ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 5 of the Complaint and therefore denies the same.

6.  ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 6 of the Complaint and therefore denies the same.

7.  ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 7 of the Complaint and therefore denies the same.

8.  ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 8 of the Complaint and therefore denies the same.

**ANSWER TO JURISDICTION AND VENUE**

9.  ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 9 of the Complaint and therefore denies the same.

10. ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 10 of the Complaint and therefore denies the same.

11.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 11 of the Complaint and therefore denies the same.

## ANSWER TO STATEMENT OF FACTS

12.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 12 of the Complaint and therefore denies the same. ALPHA admits, upon information and belief that the contract was entered into by Plaintiff but ALPHA lacks information related to whether it was a consumer transaction.

13.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 13 of the Complaint and therefore denies the same.

14.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 14 of the Complaint and therefore denies the same.

15.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 15 of the Complaint and therefore denies the same.

16.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 16 of the Complaint and therefore denies the same.

17.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 17 of the Complaint and therefore denies the same.

18.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 18 of the Complaint and therefore denies the same.

19.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 19 of the Complaint and therefore denies the same.

20.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 20 of the Complaint and therefore denies the same.

21.    ALPHA admits the allegations set forth in Paragraph 21 of the Complaint.

22.    ALPHA denies the allegations set forth in Paragraph 22 of the Complaint.

23.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 23 of the Complaint and therefore denies the same.

24.    ALPHA denies the allegations set forth in Paragraph 24 of the Complaint.

### ANSWER TO ALTERNATIVE FACTS

25.    ALPHA denies the allegations set forth in Paragraph 25 of the Complaint.

26.    ALPHA denies the allegations set forth in Paragraph 26 of the Complaint.

27.    ALPHA denies the allegations set forth in Paragraph 27 of the Complaint.

28.    ALPHA denies the allegations set forth in Paragraph 28 of the Complaint.

29.    ALPHA denies the allegations set forth in Paragraph 29 of the Complaint.

### ANSWER TO CAUSES OF ACTION

30.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 30 of the Complaint and therefore denies the same.

31.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 30 of the Complaint and therefore denies the same.

32.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 32 of the Complaint and therefore denies the same.

33.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 33 of the Complaint and therefore denies the same.

34.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 34 of the Complaint and therefore denies the same.

ANSWER OF ALPHA TOWING AND RECOVERY COMPANY TO PLAINTIFF'S FIRST AMENDED COMPLAINT

35.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 35 of the Complaint and therefore denies the same.

36.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 36 of the Complaint and therefore denies the same.

37.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 37 of the Complaint and therefore denies the same.

38.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 38 of the Complaint and therefore denies the same.

39.    ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 39 of the Complaint and therefore denies the same.

40.    ALPHA denies the allegations set forth in the second Paragraph 35 of the Complaint.

41.    ALPHA denies the allegations set forth in the second Paragraph 36 of the Complaint.

42.    ALPHA denies the allegations set forth in the second Paragraph 37 of the Complaint.

43.    ALPHA denies the allegations set forth in the second Paragraph 38 of the Complaint.

44.    ALPHA denies the allegations set forth in the second Paragraph 39 of the Complaint.

45.    ALPHA denies the allegations set forth in Paragraph 40 of the Complaint.

46.    ALPHA denies the allegations set forth in Paragraph 41 of the Complaint.

47.    ALPHA denies the allegations set forth in Paragraph 42 of the Complaint.

ANSWER OF ALPHA TOWING AND RECOVERY COMPANY TO PLAINTIFF'S FIRST AMENDED COMPLAINT

48.     ALPHA denies the allegations set forth in Paragraph 43 of the Complaint.

49.     ALPHA denies the allegations set forth in Paragraph 44 of the Complaint.

50.     ALPHA lacks sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 45 of the Complaint and therefore denies the same.

51.     ALPHA denies the allegations set forth in Paragraph 46 of the Complaint.

52.     ALPHA denies the allegations set forth in Paragraph 47 of the Complaint.

## ANSWER TO DAMAGES

53.     ALPHA denies the allegations set forth in Paragraph 48 of the Complaint.

54.     ALPHA denies the allegations set forth in Paragraph 49 of the Complaint.

## ANSWER TO JURY DEMAND

55.     ALPHA admits that Plaintiff seeks a trial by jury but denies that jury trial is proper as there has been no violation of any law.

## AFFIRMATIVE DEFENSES

1.     ALPHA alleges that Plaintiff's complaint fails to state a claim upon which relief may be granted.

2.     ALPHA alleges that at all times in good faith and in compliance with the requirements of the law.

3.     ALPHA alleges that any alleged failure to comply with the FDCPA, which is denied, resulted from an unintentional, bona fide error notwithstanding ALPHA's maintenance of policies and procedures reasonably adapted to avoid such error.

4.     Plaintiff's request for punitive damages is improper to the extent it violates the due process protections afforded by the Fifth and Fourteenth Amendments of the United States Constitution, analogous provisions of the Arizona Constitution, and standards set forth

in *State Farm Mut. Auto. Ins. Co. v. Campbell*, 538 U.S. 408 (2003); *Pacific Mutual Life Ins. Co. v. Haslip*, 499 U.S. 1 (1991).

5.    If Plaintiff was injured, or if a violation of the law occurred, it was the result of a third party other than ALPHA.

6.    Any harm alleged in the Complaint can be attributed to several causes, and the damages for this harm, if any, should be apportioned among the various causes according to the contribution of each cause to the harm sustained.

7.    Plaintiff's claims are barred, or limited, to the extent Plaintiff failed to mitigate his damages, if any.

8.    Plaintiff is barred from obtaining the relief sought in the Complaint by the doctrines of estoppel, waiver, unclean hands, laches, or other equitable doctrines.

9.    Upon information and belief, Plaintiff's claims are subject to a binding arbitration agreement.

10.    ALPHA reserves its right to allege other defenses as discovery and investigation proceed.

**WHEREFORE**, ALPHA prays that Plaintiff take nothing by his asserted claims, including any of the relief requested in the Complaint, and that the Complaint be dismissed with prejudice and on the merits, and that ALPHA be awarded its attorneys' fees, costs, disbursements, and any other relief the Court deems just and proper.

RESPECTFULLY SUBMITTED this 17th day of July, 2026.


QUINTAIROS, PRIETO, WOOD & BOYER, P.A.


BY: */s/Davis P. Bauer*
Anthony J. Fernandez, Esq.
Davis P. Bauer, Esq.
14350 N.87th St., Suite 265
Scottsdale, Arizona 85260
*Attorneys for Alpha Towing and Recovery*

ANSWER OF ALPHA TOWING AND RECOVERY COMPANY TO PLAINTIFF'S FIRST AMENDED
COMPLAINT

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, I electronically filed the foregoing with the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Earl Langston
3030 N. Estrella Ave. #4
Tucson, Arizona 85705
iamelangston@yahoo.com
*Plaintiff Pro Se*

David Brnilovich (Bar No. 006308)
Levi Claridge (Bar No. 032582)
The Cavanagh Law Firm
13250 N. Del Webb Blvd., Suite B
Sun City, Arizona 85351
Telephone: (623) 878-2222
edocket@cavanaghlaw.com
dbrnilovich@cavanaghlaw.com
lclaridge@cavanaghlaw.com
*Attorneys for Defendant, Strike Acceptance, Inc.*

By: */s/ Patricia Mercado*

ANSWER OF ALPHA TOWING AND RECOVERY COMPANY TO PLAINTIFF'S FIRST AMENDED COMPLAINT