**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Earl J Langston | 4:25-CV-00536-JCH-MAA |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Experian Information Solutions Inc. | Summons Amended Complaint |

**SERVE** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
c/o CT corporation System
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
**AT** 3225 N Central Ave. Phoenix Az 85012

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Earl J. Langston
3030 N Estrella Ave #4
Tucson Az 85705

| | |
|---|---|
| Number of process to be served with this Form - 285 | (3) |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold

FILED          LODGED   Fold
RECEIVED       COPY

JUL 1 7 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

Signature of Attorney or other Originator requesting service on behalf of:

☑ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| (520) 333-7671 | 4/3/24 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 08 | District to Serve No. 08 | Signature of Authorized USMS Deputy or Clerk | Date 06/15/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | |
|---|---|---|
| Address *(complete only if different than shown above)* SAA | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
| | Date of Service 07/09/26 | Time 12:56 pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65 | 5.08 | | 70.08 | | | |

REMARKS: Spoke to all tenants and neighboring tenants at one Lexington no one is aware of "CT Corporation" or "Strike" or "Experian"

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |
|---|---|---|

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   CV-25-00536-TUC-JCH (MAA)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CT Corporation System

was received by me on *(date)*   01/06/26  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

Equifax Information Services LLC   on *(date)* _____ ; or

☒ I returned the summons unexecuted because   No one at this address is CT   ; or
Corporation

☐ Other *(specify):*


My fees are $   65   for travel and $   5⁰⁰   for services, for a total of $   ~~0.00~~ 70⁰⁰

I declare under penalty of perjury that this information is true.

Date:   01/09/26

_____
Server's signature

Cassandra Dush
Printed name and title

401 W Washington St Phx, AZ
Server's address

Additional information regarding attempted service, etc:
It is possible it is located at 3400 N central, but unsure if that is the intended recipient. Checked with all tenants in building who were not familiar with "ct corporation" or any agency representing them.