U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: Earl J Langston | COURT CASE NUMBER: 4:25-CV-00536-JCH-MAA |
| DEFENDANT: Affordable Autos of Tucson | TYPE OF PROCESS: Summons Amended Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: c/o Corey Owens, Owner and Managing Agent

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*): 2193 N Split Rock Place Tucson Az 85749

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Earl J. Langston
3030 N Estrella Ave #4
Tucson Az 85705

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold | Fold

✓ FILED — RECEIVED — LODGED — COPY
JUL 28 2026
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY RSM DEPUTY

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | (520) 333-7671 | 4/3/26 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 08 | No. 08 | [signature] | 06/16/26 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (*complete only if different than shown above*) | Date of Service: 07/27/26 | Time: 1059 (am) pm |
| | Signature of U.S. Marshal or Deputy: [signature] | |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: mailed Via Fed EX. Mr Owen Confirmed that he Received

ORIGIN ID:DMAA (520) 209-0921
TONY PARKS
UNITED STATES MARSHALS SERVICE
405 W CONGRESS ST
STE 2300
TUCSON, AZ 85701
UNITED STATES US

SHIP DATE: 09JUL26
ACTWGT: 1.00 LB
CAD: 106380831/INET4535

BILL SENDER

TO **C/O COREY OWENS**
**AFFORDABLE AUTOS OF TUCSON**

**TUCSON AZ 85749**
(520) 209-0921 REF:
INV:
PO: DEPT:

58KJ2/DC4A/484B

FedEx Express

J261026012001uv

MON - 13 JUL 5:00P
** 2DAY **

TRK# 0201 8741 9202 2572

DMAA 85749

**99 TUCSG** AZ-US TUS

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.